Certificate Number: 05781-GAN-DE-040221914

Bankruptcy Case Number: 25-60472



05781-GAN-DE-040221914

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 21, 2025, at 9:59 o'clock AM PDT, Kison Coppedge completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Georgia.

Date:   October 21, 2025                    By:      /s/Allison M Geving

                                            Name:   Allison M Geving

                                            Title:   President