**IT IS ORDERED as set forth below:**



**Date: October 29, 2025**

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| IN RE: ) | |
| Kison Lamont Coppedge, ) | |
| Debtor(s). ) | |
| ) | |
| ) | CASE NO. 25-60472-jrs |
| HomeRiver Group a/a/f Marcus Rosendoll ) | CHAPTER 7 |
| Movant. ) | Judge James R. Sacca |
| V. ) | CONTESTED MATTER |
| Kison Lamont Coppedge, Debtor(s), ) | |
| Tamara Miles Ogier, Trustee ) | |
| Respondents. ) | |

**ORDER GRANTING RELIEF FROM AUTOMATIC STAY**

On October 7, 2025, HomeRiver Group a/a/f Marcus Rosendoll (hereinafter, "Movant")

1

filed a Motion For Relief From Automatic Stay (Doc. No. 13) (the "Motion"). The Motion concerns rented real property known as 123 Luckie St NW Apt 2308, Atlanta GA 30303 (the "Property"). Within the Motion, proper notice – as asserted by Movant - of the opportunity to object and for hearing was provided pursuant to the procedures in Fifth Amended and Restated General Order No. 24-2018 and no objection to the motion was filed prior to the objection deadline.

The Court, having considered the Motion and all other matters of record, including the lack of objection thereto, and based on the foregoing, no further notice or hearing is required, and the Court finds that good cause exists to grant the relief requested in the Motion. The Court hereby **GRANTS** Movant relief from the automatic stay for all purposes allowed by law including, but not limited to, the right for Movant to proceed with a Dispossessory Action and judgment to obtain possession of the Property. Accordingly, it is hereby

**ORDERED** that Movant may obtain a postpetition judgment within the course of a dispossessory action to recover possession of the Property. Movant may seek rent for the occupancy of the Property by the Debtor after the filing of this case under applicable Georgia law and to seek and obtain a money judgment against the Debtor for such unpaid rent, provided, however, that Movant is not permitted to pursue any collection activities on said postpetition judgment as to property of the estate or any property that the Debtor has exempted under 11 U.S.C. sec. 522(b).

**ORDERED** that the automatic stay of 11 U.S.C. s 362(s) shall remain in effect to prohibit Movant from seeking or obtaining or enforcing a personal judgment against the Debtor for any money due under the Lease or based on any obligation of Debtor under the Lease.

**ORDERED** that Movant may obtain a post-petition judgment within the course of a dispossessory action to recover possession of the Property, but Movant is not permitted to pursue any collection activities on said post-petition judgment as to property of the estate during the pendency of the instant Bankruptcy.

**ORDERED** that, pursuant to Movant's Motion, the 14 day stay prescribed by Bankruptcy Rule 4001(a)(3) is waived to allow Movant to proceed immediately with a dispossessory action.

[END OF DOCUMENT]

| **Order presented by:** | THE TOTTEN FIRM, LLC |
|---|---|
| /s/ Matthew F. Totten | 5579 Chamblee-Dunwoody Rd, Ste B-136, |
| MATTHEW F. TOTTEN | Atlanta, GA 30338 |
| (Georgia Bar No. 798589) | Tel: (404) 692-4342 |
|  | Email: mft@tottenfirm.com |

**Distribution List:**

Matthew Totten, Esq.
THE TOTTEN FIRM, LLC
5579 Chamblee-Dunwoody Rd, Ste B-136,
Atlanta, GA 30338

Karen King
King & King Law, LLC
215 Pryor Street SW
Atlanta, GA 30303
Attorney for Debtor

U.S. Trustee
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Tamara Miles Ogier
Ogier, Rosenfeld & Steil, P.C.
PO Box 1547
Decatur, GA 30031
Chapter 7 Trustee

Kison Lamont Coppedge, Debtor
123 Luckie St SW Apt 2308
Atlanta, GA 30303

Kison Lamont Coppedge, Debtor
36 Crestwood Rd
Cartersville, GA 30031

United States Bankruptcy Court

Northern District of Georgia

In re:                                                                                               Case No. 25-60472-jrs

Kison Lamont Coppedge                                                          Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113E-9 | User: bncadmin | Page 1 of 2 |
| Date Rcvd: Oct 30, 2025 | Form ID: pdf401 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kison Lamont Coppedge, 36 Crestwood Rd, Cartersville, GA 30121-2940 |
| | | Kison Lamont Coppedge, 123 Luckie St SW Apt 2308, Atlanta, GA 30303 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2025                          Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 30, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Karen King | on behalf of Debtor Kison Lamont Coppedge myecfkingnking@gmail.com;EcfmailR62760@notify.bestcase.com |
| Matthew Franklin Totten | on behalf of Creditor HomeRiver Group a/a/f Marcus Rosendoll mft@tottenfirm.com jet@tottenfirm.com,mtots@recap.email |
| Office of the United States Trustee | ustpregion21.at.ecf@usdoj.gov |
| Richard B Maner | on behalf of Creditor Capital One Auto Finance a division of Capital One, N.A. rmaner@rbmlegal.com, kbloodworth@rbmlegal.com |
| Tamara Miles Ogier | tmo@orratl.com jc@orratl.com;tmo@trustesolutions.net |

District/off: 113E-9 User: bncadmin Page 2 of 2
Date Rcvd: Oct 30, 2025 Form ID: pdf401 Total Noticed: 2
TOTAL: 5