

**IT IS ORDERED as set forth below:**

**Date: November 4, 2025**

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| Kison Lamont Coppedge | ) | CASE NO.  25-54582-jwc |
| | ) | |
| Debtor | ) | |
| Capital One Auto Finance, A Division Of Capital One, N.A | ) | |
| | ) | |
| Movant, | ) | |
| v. | ) | CONTESTED MATTER |
| | ) | |
| Kison Lamont Coppedge Debtor | ) | |
| Tamara Miles Ogier, Trustee | ) | |
| | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

**ORDER MODIFYING STAY ON MOTION FOR RELIEF FROM STAY**

On  October 13, 2025, Capital One Auto Finance, a division of Capital One, N.A, (the "Movant") filed *a Motion for Relief from Stay* with respect to Debtor's:  2017 BMW 4 Series Sedan 4D 4301 2.0L I4 Turbo VIN: WBA4F7C31HG787622  (the "Property") (Doc.14) which was set for hearing November 4, 2025 upon Notice which Movant contends was given to each of the above captioned parties in interest.

No opposition to the Motion was filed or presented at the hearing. Accordingly, it is hereby.

ORDERED that the automatic stay is modified to allow Movant to exercise its legal and contractual rights to repossess and sell the subject Property. Excess proceeds, if any, shall be promptly remitted to the Trustee. However, if a deficiency exists, Movant is entitled to file an unsecured claim. It is further.

ORDERED that the provisions of Bankruptcy Rule 4001(a)(4) are waived so that this Order will be immediately effective upon entry.

[END OF DOCUMENT]

PREPARED AND SUBMITTED BY:

**/s/Richard B. Maner**
Richard B. Maner, GA Bar No. 486588
180 Interstate N Parkway, Suite 200
Atlanta, GA  30339
Phone: (404) 252-6385; Fax: (404) 252-6394
rmaner@rbmlegal.com
**Attorney for Movant**

## DISTRIBUTION LIST

Richard B. Maner
Richard B. Maner, PC
180 Interstate N Parkway Suite 200
Atlanta, GA 30339

Kison Lamont Coppedge
36 Crestwood Rd
Cartersville, GA 30121
FULTON-GA
SSN / ITIN: xxx-xx-7951

Karen King
King & King Law LLC
215 Pryor Street, S.W.
Atlanta, GA 30303

Trustee
Tamara Miles Ogier
Ogier, Rosenfeld & Steil, P.C.
P. O. Box 1547
Decatur, GA 30031


U.S. Trustee
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303