**IT IS ORDERED as set forth below:**



**Date: November 4, 2025**

_____
**James R. Sacca**
**U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: ) | CHAPTER 7 |
| ) | |
| Kison Lamont Coppedge ) | CASE NO. 25-54582-jwc |
| ) | |
| Debtor ) | |
| Capital One Auto Finance, A Division Of Capital One, N.A ) | |
| ) | |
| Movant, ) | |
| v. ) | CONTESTED MATTER |
| ) | |
| Kison Lamont Coppedge Debtor ) | |
| Tamara Miles Ogier, Trustee ) | |
| ) | |
| ) | |
| Respondents. ) | |
| ) | |

### ORDER MODIFYING STAY ON MOTION FOR RELIEF FROM STAY

On October 13, 2025, Capital One Auto Finance, a division of Capital One, N.A, (the "Movant") filed *a Motion for Relief from Stay* with respect to Debtor's: 2017 BMW 4 Series Sedan 4D 4301 2.0L I4 Turbo VIN: WBA4F7C31HG787622 (the "Property") (Doc.14) which was set for hearing November 4, 2025 upon Notice which Movant contends was given to each of the above captioned parties in interest.

No opposition to the Motion was filed or presented at the hearing.

Accordingly, it is hereby.

ORDERED that the automatic stay is modified to allow Movant to exercise its legal and contractual rights to repossess and sell the subject Property. Excess proceeds, if any, shall be promptly remitted to the Trustee. However, if a deficiency exists, Movant is entitled to file an unsecured claim. It is further.

ORDERED that the provisions of Bankruptcy Rule 4001(a)(4) are waived so that this Order will be immediately effective upon entry.

[END OF DOCUMENT]

PREPARED AND SUBMITTED BY:

**/s/Richard B. Maner**
Richard B. Maner, GA Bar No. 486588
180 Interstate N Parkway, Suite 200
Atlanta, GA  30339
Phone: (404) 252-6385; Fax: (404) 252-6394
rmaner@rbmlegal.com
**Attorney for Movant**

## DISTRIBUTION LIST

| | |
|---|---|
| Richard B. Maner<br>Richard B. Maner, PC<br>180 Interstate N Parkway Suite 200<br>Atlanta, GA 30339 | Trustee<br>Tamara Miles Ogier<br>Ogier, Rosenfeld & Steil, P.C.<br>P. O. Box 1547<br>Decatur, GA 30031 |
| Kison Lamont Coppedge<br>36 Crestwood Rd<br>Cartersville, GA 30121<br>FULTON-GA<br>SSN / ITIN: xxx-xx-7951 | U.S. Trustee<br>Office of the United States Trustee<br>362 Richard Russell Building<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303 |
| Karen King<br>King & King Law LLC<br>215 Pryor Street, S.W.<br>Atlanta, GA 30303 | |

United States Bankruptcy Court

Northern District of Georgia

In re:                                                                                                                             Case No. 25-60472-jrs

Kison Lamont Coppedge                                                                                               Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 113E-9                                                 User: bncadmin                                                     Page 1 of 1
Date Rcvd: Nov 04, 2025                                    Form ID: pdf401                                         Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 06, 2025:**

**Recip ID**             **Recipient Name and Address**
db                  + Kison Lamont Coppedge, 36 Crestwood Rd, Cartersville, GA 30121-2940

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 06, 2025                                       Signature:             /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 4, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Karen King | on behalf of Debtor Kison Lamont Coppedge myecfkingnking@gmail.com;EcfmailR62760@notify.bestcase.com |
| Matthew Franklin Totten | on behalf of Creditor HomeRiver Group a/a/f Marcus Rosendoll mft@tottenfirm.com jet@tottenfirm.com,mtots@recap.email |
| Office of the United States Trustee | ustpregion21.at.ecf@usdoj.gov |
| Richard B Maner | on behalf of Creditor Capital One Auto Finance a division of Capital One, N.A. rmaner@rbmlegal.com, kbloodworth@rbmlegal.com |
| Tamara Miles Ogier | tmo@orratl.com jc@orratl.com;tmo@trustesolutions.net |

TOTAL: 5